[No. 1117, March 2, 1906.]

ESLAVIO VIJIL, Appellant, v. ANDREW B. STROUP, Appellee.

Appeal from the district court of Bernalillo county, before IRA A. ABBOTT, Associate Justice. Affirmed.

W. B. CHILDERS, A. B. McMILLEN, E. W. DOBSON, for appellant.

NEILL B. FIELD, for appellee.

PER CURIAM.—For the reason stated in Frank A. Hubbell v. Justo Armijo, decided at this term, the judgment of the lower court will be affirmed, and it is so ordered.

WILLIAM J. MILLS,
Chief Justice.